# LAKE COUNTY SHERIFF'S OFFICE

P.O. Box 255  505 Harrison Ave.
Leadville, CO. 80461-0255
719-486-1249



Lake County Board of County Commissioners
  Michael Hickman
  Kenneth Olsen
  Carl Schaefer

Lake County Clerk and Recorder
  Patricia Berger

Greetings,

This letter is my response to the MEMO from Lake County Clerk and Recorder Patricia Berger, dated October 23, 2008, which addressed a letter presented to her by Lake County Sheriff's Deputy Steve James and which MEMO was put into the pay envelope of all certified uniformed personnel of the Lake County Sheriff's Office. This letter is to notify you of my official objection to the determination of the meaning of the Federal Fair Labor Standards Act, the manner in which this matter was handled and the way the MEMO was written.

The F.L.S.A. does not state that law enforcement personnel are to be paid on an 86 hour 14 day work period, it states that a governmental entity <u>does not have to pay overtime until after 86 hours of hours worked in a 14 day period</u>. The Lake County Board of County Commissioners and the Lake County Clerk and Recorder, who was given the task of payroll, made the determination that they would not pay overtime until after 86 hours of hours worked and that they were not going to pay straight time for the 6 hours worked beyond 80 although every agency that I am aware of compensates this time as straight time in some form or another. I have advocated that this time be compensated to no avail. This is a gross misinterpretation of the F.L.S.A.

Mrs. Berger made a decision to adjust the hourly wage used to calculate overtime wages paid to each uniformed member of the Lake County Sheriff's Office based on her presumption that the 86 hour rule applied. This effectively lowered the hourly wage of these employees, as stated on the attachment that was supposed to be included with this MEMO but was not and had to be requested. She has changed the hours worked requirement for these officers without their knowledge or consent or legal authority to do so based on the budget which was authorized by the B.O.C.C.. No employee in the county was ever hired with the understanding that they had to work in excess of 2080 hours per year to earn their annual wage as established by the B.O.C.C. Now the uniformed members of my Office must work 2236 hours to meet their annual wage which lowers their hourly wage to $14.25 which is used to estimate overtime pay. The fact that

these new standards only effect the uniformed members of my Office is discriminatory in my opinion. Referring Mr. James to the policies of Lake County would have been the appropriate response to his letter. The fact that this MEMO was placed in the pay envelope of every uniformed member of my Office with the final sentence reading " Our thanks to Steve James for requesting an audit of this department." was inflammatory and intended to agitate my staff, in my opinion, as well.

This change in the hourly wage of the uniformed members of my Office is just another slap in the face to a group of people who have dedicated themselves to this community, this county government and my Office. This effectively reduces their hourly wage to that of several clerical positions in the county to include an hourly wage that is lower than the Library Assistants wage. Mrs. Berger does not have the authority to change the hourly wage effecting overtime for my staff as I decide how much my staff is paid based on budgeted amounts permitted by the B.O.C.C., she has not interpreted the F.L.S.A. correctly and I do not think that she has acted in a professional manner in this regard.

Sincerely,

Edward J. Holte
Sheriff of Lake County
November 6, 2008

c.c Steve James
    Joseph Fattor