```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX032331
Cashier ID: sg
Transaction Date: 10/22/2010
Payer Name: REID ELKUS
----------------------------------
CIVIL FILING FEE
 For: REID ELKUS
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

10-CV-2591


A fee of $45.00 will be assessed on
any returned check.
```