**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02591-CMA-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA,
EDWARD REINHARDT,
JOHN AND JANE DOE 1 -100,

    Plaintiffs,

v.

SHERIFF EDWARD J. HOLTE, in his official and individual capacity,
KEN OLSEN, in his official and individual capacity,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

    Defendants.

## ORDER TO AMEND CAPTION

In light of Defendants Substitution of Official Capacity Defendants Pursuant to Fed. R. Civ. P. 25 (Doc. # 14), the Court DIRECTS the Clerk of the Court to amend the caption in the above-referenced matter as follows:

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA,
EDWARD REINHARDT,
JOHN AND JANE DOE 1 -100,

    Plaintiffs,

v.

SHERIFF RODNEY FENSKE, in his official capacity as Lake County Sheriff
DOLORES SEMSACK, in her official capacity as Lake County Commissioner,
EDWARD J. HOLTE, individually,
KEN OLSEN, individually,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

    Defendants.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the above changes in the Defendants in this case.

DATED:  January   21  , 2011

                                      BY THE COURT:

                                      *Christine M. Arguello*

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge