IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a AMY ARNETT,
DELFINO ORTEGA,
EDWARD REINHARDT, and
JOHN AND JANE DOE 1-100,

      Plaintiffs,

v.

SHERIFF RODNEY FENSKE,
in his official capacity as Lake County Sheriff
DOLORES SEMSACK,
in her official capacity as Lake County Commissioner,
EDWARD J. HOLTE, individually,
KEN OLSEN, individually,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Joint Stipulated Motion for Protective Order (*doc # 42*) filed March 7, 2011 is GRANTED. The Proposed Protective Order (*doc # 42*-1) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    March 15, 2011