**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA,
EDWARD REINHARDT,
JOHN AND JANE DOE 1 -100,

     Plaintiffs,

v.

SHERIFF RODNEY FENSKE, in his official capacity as Lake County Sheriff,
DOLORES SEMSACK, in her official capacity as Lake County Commissioner,
EDWARD J. HOLTE, individuallly,
KEN OLSEN, individual capacity,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
**DEFENDANT EDWARD J. HOLTE**

---

    This matter comes before the Court on the "Stipulated Motion to Dismiss with Prejudice Defendant Edward J. Holte" (ECF No. 46).  Plaintiffs and Mr. Holte move to dismiss Mr. Holte pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own costs and attorneys' fees.

1

The Court GRANTS the Stipulated Motion to Dismiss.  Defendant Edward J.

Holte is DISMISSED WITH PREJUDICE from this case, each party to bear its own

costs and attorneys' fees in connection with this dismissal.

Dated this 23rd day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge