IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a AMY ARNETT,
DELFINO ORTEGA,
EDWARD REINHARDT, and
JOHN AND JANE DOE 1-100,

     Plaintiffs,

v.

SHERIFF RODNEY FENSKE,
in his official capacity as Lake County Sheriff
DOLORES SEMSACK,
in her official capacity as Lake County Commissioner,
KEN OLSEN, individually,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

     Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

     THIS MATTER IS before the court on Plaintiffs' Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines (*doc # 48*), filed May 6, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and the following deadlines set in this court's Scheduling Order (*doc # 21*) are amended to the extent set forth below:

| Affirmative expert disclosures | June 20, 2011 |
| Rebuttal expert disclosures | July 20, 2011 |
| Discovery cut-off | August 5, 2011 |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     May 9, 2011