**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  **10-cv-02591-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| Date:  **July 14, 2011** | **Courtroom Deputy:**  Linda Kahoe |

STEVE JAMES, *et al.,*                                    Reid Jason Elkus

             Plaintiffs,

             v.

DOLORES SEMSACK, *et al.,*                       William Thomas O'Connell, III

             Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in session:        9:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Motion for Leave to Amend and Join Kevin Moore as a Named Plaintiff, doc #[55], filed 6/17/2011.

Mr. Elkus presents arguments.

Mr. O'Connell presents arguments.

The court intends to recommend to Judge Martinez that Plaintiffs' Motion for Leave to Amend and Join Kevin Moore as a Named Plaintiff, doc #[55] be denied.

Discussion regarding Plaintiffs' Motion for Telephonic Deposition of Edward Reinhardt, doc #[59], filed 7/8/2011, and Plaintiffs' Amended Motion for Telephonic Deposition of Edward Reinhardt, doc #[61], filed 7/11/2011.

Mr. Elkus presents arguments.

**ORDERED:** Plaintiffs' Motion for Telephonic Deposition of Edward Reinhardt, doc #[59] is **DENIED.** Plaintiffs' Amended Motion for Telephonic Deposition of Edward Reinhardt, doc #[61] is **DENIED**. Mr. Reinhardt is required to travel to Denver for his deposition.

Discussion regarding Defendants' Unopposed Motion for One Day Extension of Time to Serve Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, doc #[63], filed 7/13/2011.

**ORDERED:** Defendants' Unopposed Motion for One Day Extension of Time to Serve Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, doc #[63] is **GRANTED**.

Discussion regarding the Settlement Conference currently set for August 2, 2011. The court will not vacate the Settlement Conference at this time. The court states that the parties should be candid in their Confidential Settlement Statements due July 26, 2011. The court suggests that Plaintiffs submit a settlement offer to Defendant.

**ORDERED:** To the extent that Defendant receives a settlement offer in advance of July 26, 2011, Defendant is **REQUIRED** to respond to the offer.

The court states that the pending Motion to Dismiss, doc #[17], has not been referred.

HEARING CONCLUDED.

**Court in recess**:      **11:17 a.m.**
Total time in court:    01:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.