**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA,
EDWARD REINHARDT,
JOHN AND JANE DOE 1 -100,

      Plaintiffs,

v.

SHERIFF RODNEY FENSKE, in his official capacity as Lake County Sheriff,
DOLORES SEMSACK, in her official capacity as Lake County Commissioner,
EDWARD J. HOLTE, individuallly,
KEN OLSEN, individual capacity,
MICHAEL BORDOGNA, in his official and individual capacity,
CARL SCHAEFER, in his official and individual capacity, and
PATRICIA BERGER, in her official and individual capacity,

      Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL
CLAIMS BROUGHT BY PLAINTIFF EDWARD REINHARDT**
_____

This matter is before the Court on the parties' Stipulated Motion for Dismissal

With Prejudice of all claims between Plaintiff Edward Reinhardt and Defendants.  (ECF

No. 73.)   The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion for Dismissal with Prejudice of all claims between Plaintiff Edward Reinhardt and Defendants is GRANTED.  Each party shall be responsible for their own costs and attorney's fees.  The Clerk shall AMEND the caption to show that Plaintiff Edward Reinhardt is terminated from this action.  The parties are directed to use the amended caption in all future filings.

Dated this 5th day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge