IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA, and
KEVIN MOORE,

    Plaintiffs,

v.

RODNEY FENSKE, in his official capacity as Lake County Sheriff,
DOLORES SEMSACK, in her official capacity as Lake County Commissioner,
KEN OLSEN, in his individual capacity,
MICHAEL BORDOGNA, in his official and individual capacities,
CARL SCHAEFER, in his official and individual capacities, and
PATRICIA BERGER, in her official and individual capacities,

    Defendants.

## ORDER ON PLAINTIFFS' MOTION *IN LIMINE*

Plaintiffs, former and current deputies of the Lake County Sheriff's Office, bring this action against the Board of Lake County Commissioners, the Lake County Clerk and Recorder, and the current Lake County Sheriff alleging that Plaintiffs were not paid appropriately for their services by the County. The trial of this action is scheduled to commence on September 4, 2012, with the Final Trial Preparation Conference set for August 22, 2012. (ECF Nos. 103, 110.)

This matter is before the Court on Plaintiffs' Motion *in Limine* (the "Motion"). (ECF No. 92.) Plaintiffs seek to preclude evidence from being admitted at trial regarding Plaintiffs' disciplinary history, misdemeanor criminal history, and job performance. (*Id.* at 2-4.) Specifically, Plaintiffs seek to preclude testimony that Plaintiff Aaron D'Mize was disciplined while serving in the U.S. Army, and that Plaintiff Steve James was suspended from work, terminated for employment with the Lake County Sheriff's Office, and subsequently convicted of criminal misdemeanors. (*Id.*)

Defendants do oppose the relief requested in Plaintiffs' Motion. However, Defendants assert that they may introduce evidence that Plaintiff Steve James was on paid administrative leave, and Plaintiffs do not object to this evidence being introduced at trial. (ECF No. 104 at 2.)

Therefore, in accordance with the foregoing, Plaintiffs' Motion *in Limine* (ECF No. 92) is GRANTED insofar as the Court herein rules that evidence regarding Plaintiffs' disciplinary history, misdemeanor criminal history, and job performance is properly excluded.

Dated this 4th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge