IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02591-WJM-CBS

STEVE JAMES,
AARON D'MIZE,
ANTONIO LABATO,
CHARLES KING,
ARIN HART,
GEORGE WHITTINGTON,
AMY REYES, a/k/a Amy Arnett,
DELFINO ORTEGA, and
KEVIN MOORE,

    Plaintiffs,

v.

RODNEY FENSKE, in his official capacity as Lake County Sheriff,
DOLORES SEMSACK, in her official capacity as Lake County Commissioner,
KEN OLSEN, in his individual capacity,
MICHAEL BORDOGNA, in his official and individual capacities,
CARL SCHAEFER, in his official and individual capacities, and
PATRICIA BERGER, in her official and individual capacities,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY THE RECORD

Plaintiffs, former and current deputies of the Lake County Sheriff's Office, bring this action against the Board of Lake County Commissioners, the Lake County Clerk and Recorder, and the current Lake County Sheriff alleging that Plaintiffs were not paid appropriately for their services by the County. The trial of this action is scheduled to commence on September 4, 2012, with the Final Trial Preparation Conference set for August 22, 2012. (ECF Nos. 103, 110.)

This matter is before the Court on Plaintiffs' Motion to Clarify the Record (the "Motion"). (ECF No. 112.) Plaintiffs' counsel previously represented to the Court that he was unaware that Kevin Moore wanted to be a party to this litigation until May, 2011. (ECF No. 93 at 4-5.) Plaintiffs' counsel further previously represented that Kevin Moore confirmed that he would agree to the terms and conditions of a fee agreement in June, 2011. (*Id.*)

Plaintiffs' counsel now represents that on June 12, 2012, in reviewing Plaintiffs' file, he discovered a fee agreement that was executed by Kevin Moore in October, 2010. (ECF No. 112 at 2-3.) According to Plaintiffs' counsel, both he and Kevin Moore overlooked this fact in previous filings with this Court. (*Id.*) Plaintiffs' counsel moves to clarify the record that Kevin Moore had in fact executed a fee agreement in October, 2010. (*Id.*)

Defendants do oppose the relief requested in Plaintiffs' Motion. (*Id.*) Therefore, in accordance with the foregoing, Plaintiffs' Motion to Clarify the Record (ECF No. 112) is GRANTED.

Dated this 14th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge