\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09)  Bill of Costs

SDC Colo. Version – (Further Rev. (10/01/12)

## AMENDED BILL OF COSTS

| United States District Court | DISTRICT |
|---|---|
| ames et al.<br>V.<br>heriff Fenske et al. | DISTRICT OF COLORADO |
| | DOCKET NO.<br>10-cv-02591-WJM-CBS |
| | MAGISTRATE CASE NO. |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR -2 2013
JEFFREY P. COLWELL
CLERK

Judgment having been entered in the above entitled action on September 28, 2012

Defendants                                      Date

the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ 350.00 ✓ |
| Fees for service of summons and complaint | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ ~~5664.41~~ *5232.51* |
| *less $165.60 (2nd Ortiz;) plus $125.85 for Bordogna;* | |
| Fees and disbursements for printing *and $1142.45 for Fenske* | $ 124.35 ✓ |
| *(office charges)  (for trial exhibit production).* | |
| Fees for witnesses (itemized on reverse side) | $ 124.02 ✓ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 0.00 |
| Docket fees under 28 U.S.C. § 1923 | $ 19.50 ✓ |
| Costs incident to taking of depositions | $ 0.00 |
| Costs as shown on Mandate of Court of Appeals | $ 0.00 |
| Other costs (Please itemize) *Out-of-Pocket Costs; FLSA and* | $ ~~1137.98~~ *953.18* |
| (see pg. 2 with itemizations) *Ramos v. Lamm authorize an* | |
| *award.* | $ ~~7,420.26~~ |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

TOTAL  $ ~~7,420.26~~ *6,803.56*

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

| Signature of Attorney | /s/Scott D. McLeod/original signature on file | | |
|---|---|---|---|
| Print Name | Scott D. McLeod | Phone Number | (303) 567-7981 |
| For: | Plaintiffs | Date | March 7, 2013 |
| | Name of Claiming Party | | |

| | |
|---|---|
| 'lease take notice that I will appear before the Clerk who will tax said costs n the following day and time: **April 2, 2013 at 9:00 a.m.** | Date and Time  4/2/13 – 9:15 a.m. |
| 'osts are hereby taxed in the following amount and included in the judgment: Judge specifically ruling on all Attorney Fees and Costs Matters, per Final udgment (CM/ECF 163) – not to set hearing. | Amount Taxed $ 6,803.56 |
| :LERK OF COURT<br>EFFREY P. COLWELL | (BY) DEPUTY CLERK [signature]<br>DATE: 4/2/13 |

** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
SDC Colo. Version – (Further Rev. (10/01/12)

### WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE TOTAL | | SUBSISTENCE TOTAL | | MILEAGE TOTAL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Cost | Days | Cost | Miles | Cost | |
| Edward Holte, 520 S. Simms, Lakewood CO | 1 | $40.00 | | | 22.55 | 12.51 | $ 52.51 |
| Patricia Pacey | 1 | $ 40.00 | | | 54 | 30.51 | $ 71.51 |
| | | | | | | TOTAL: | $ 124.02 |

| ITEMIZATION OF OTHER COSTS: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Travel/Parking Reimbursement for Court Appearances | | | | | | | $ 84.15 |
| Courier Costs (Blast/Jump) | | | | | | | $ 128.12 |
| Photocopies | | | (in-house) – (Vendor) | | | | $184.80 |
| Postage | | | | | | | $ 17.85 |
| Legal Research | | | | | | | $ 723.06 |
| | | | | | TOTAL (Other Itemized Costs): | | $ 1,137.98 |

953.18

### NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28 which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)(1)
"Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

D.C.COLO.LCivR 54.1 Taxation of Costs
"Each judgment or the final order shall indicate which party or parties are entitled to costs. A bill of costs must be filed on the form provided by the court within 14 days after entry of the judgment or final order. Costs will be taxed by the clerk or a designated deputy. Prior to appearance before the clerk, counsel for the party seeking costs shall file a written statement that a reasonable effort has been made, in conference with opposing counsel, to resolve disputes regarding costs. It costs are resolved, a stipulation setting forth the amount of costs shall be filed with the court."